Form asgnclmw

# United States Bankruptcy Court

Middle District of Tennessee
Case No. **3:05−bk−02687**
Chapter 13

In re:
   CHARLES WILLIAM FESSLER      SANDRA GAY FESSLER
   82 CUMBERLAND VALLEY ROAD      fka SANDRA KAY MAYNARD FKA S
   Mc Ewen, TN 37101      82 CUMBERLAND VALLEY ROAD
         Mc Ewen, TN 37101

Social Security No.:
   xxx−xx−6767     xxx−xx−4153

Employer's Tax I.D. No.:

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Pursuant to Bankruptcy Rule 3001 (e) (2) Transferor: WELLS FARGO BANK NEVADA (Claim No. 1) To Transferee: ECAST FOB WELLS FARGO (RE: related document(s)[41] ) (tms, )

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

    Lloyd C Ray
Dated: 10/9/07     Clerk